**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE: REESTABLISHMENT OF THE    :   NO. 531
MAGISTERIAL DISTRICTS WITHIN     :
THE 39th JUDICIAL DISTRICT OF THE  :   MAGISTERIAL RULES DOCKET
COMMONWEALTH OF                       :
PENNSYLVANIA                            :
                                    :
                                    :
                                    :

**ORDER**

**PER CURIAM**

      **AND NOW**, this 6th day of April 2023, upon consideration of the Petition to Reestablish the Magisterial Districts of the 39th Judicial District (Franklin and Fulton Counties) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, to the extent it provides that the President Judge reevaluate the Franklin County magisterial districts in 2026 and submit a new proposal with respect to those districts to the Court no later than July 1, 2026, is granted; however, that new proposal shall use caseload, workload, and demographic data from January 1, 2022 through December 31, 2025 and comply with reestablishment guidelines.

      It is further ORDERED AND DECREED that the Petition, to the extent it provides for the reestablishment of Fulton County Magisterial Districts 39-4-01, 39-4-02, and 39-4-03 to be effective immediately, is granted.

Said Fulton County Magisterial Districts shall be as follows:

| | |
|---|---|
| Magisterial District 39-4-01<br>Magisterial District Judge Devin C. Horne | Dublin Township<br>Licking Creek Township<br>Taylor Township<br>Wells Township |
| Magisterial District 39-4-02<br>Magisterial District Judge David A. Washabaugh | McConnellsburg Borough<br>Ayr Township<br>Todd Township |
| Magisterial District 39-4-03<br>Magisterial District Judge Tamela M. Heming | Valley-Hi Borough<br>Belfast Township<br>Bethel Township<br>Brush Creek Township<br>Thompson Township<br>Union Township |